**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JOHN BELINDA,** *et al.,*<br><br>　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**BRISTOL-MYERS SQUIBB COMPANY, MCKESSON CORPORATION,** *et al.***,**<br><br>　　　　**Defendants.** | Case No.: 12-CV-5941 YGR<br><br>**ORDER STAYING LITIGATION PENDING DECISION BY JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION** |

　　In its opposition to the pending Motion for Remand filed by Plaintiffs on December 19, 2012, Defendant Bristol-Myers Squibb Company ("BMS") argues that the hearing and decision on the motion should be stayed until BMS's pending motion for coordination before the Judicial Panel on Multi-District Litigation ("JPML") is heard and decided.  (Dkt. No. 12 at 4-5.)  BMS represents that the motion is currently set for hearing on January 31, 2013.  In their reply, Plaintiffs do not address the request for stay.  (Dkt. No. 13.)

　　The Court finds that a stay is warranted.  There is a reasonable likelihood that the issues concerning federal jurisdiction have arisen or will arise in other Plavix-related cases filed in other district courts.  Considerations of judicial economy and avoidance of inconsistent rulings both favor staying the litigation until the coordination motion is decided.  Moreover, Plaintiffs are not likely to be prejudiced by any delay resulting from a brief stay.

　　Accordingly, the Court hereby **STAYS** the litigation in the above-referenced action pending a decision by the MDL Judicial Panel on the motion to transfer and consolidate.

　　**IT IS SO ORDERED**.

Date: January 22, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZÁLEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**